**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RYEISHA GAINES**                                                          **PLAINTIFF**
**ADC #713306**

**V.**                              **NO. 4:22-cv-00254-BRW-ERE**

**JESSICA ISABEL ROMERO**                                          **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of July, 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE